UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION   FILED
IN ADMIRALTY

| | |
|---|---|
| AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY<br><br>Defendant. | 2006 JUN 20  A 10: 38<br><br>Case No. 3:04-cv-123-J-20TEM |

## ORDER AMENDING THE CASE MANAGEMENT AND SCHEDULING ORDER

Whereas the parties have jointly moved that the Court seeking to extend certain deadlines set forth in the Case Management and Scheduling Order and the Court having reviewed the Joint Motion to Extend Deadlines, it is hereby **ORDERED** that:

1. The parties are directed to complete discovery no later than **September 30, 2006**;

2. Motions for Summary Judgment shall be filed no later than **October 15, 2006**.

3. The non-jury trial set for **Monday December 4, 2006 at 9:30 a.m.** shall be converted into a hearing on the motions for summary judgment filed by the parties.

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of June 2006.

HARVEY E. SCHLESINGER
United States District Judge

By: _____

MERLO KANOFSKY BRINKMEIER & GREGG, LTD.

s/ Christopher J. Raistrick
Michael R. Gregg, Esq.
John D. Dalton, Esq.
Christopher J. Raistrick, Esq.
208 South LaSalle Street
Chicago, Illinois 60604

and

Harvey L. Jay, III, Esq.
Trudy E. Innes, Esq.
Joseph B. Stokes, III
SAAFIELD, SHAD, JAY, LUCAS & STOKES, P.A.
50 N. Laura Street, Suite 2950
Jacksonville, Florida 32202

*Attorneys for Plaintiffs American Guaranty & Liability Insurance Company and Zurich American Insurance Company*

AND

FELLOWS, JOHNSON, & LA BRIOLA, LLP

s/ Laurie E. Dugoniths
C. Michael Johnson, Esq.
Laurie E. Dugoniths, Esq.
FELLOWS, JOHNSON & LA BRIOLA, LLP
2300 South Tower, Peachtree Center
225 Peachtree Street, N.E
Atlanta, Georgia 30303
Phone: (404) 586-9200
Fax: (404) 586-9201

and

Robert B. Parrish, Esq.
David C. Reeves, Esq.
MOSLEY, PRICHARD & PARRISH, KNIGHT & JONES LLP
501 West Bay Street
Jacksonville, Florida 32202
Telephone: (904) 356-1306
Facsimile:  (904) 354-0194

*Attorneys for Defendant and Plaintiff in Counter and Cross-Claims, AMERICAN HOME ASSURANCE CO.*