FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA   OCT -6  P 3: 21
JACKSONVILLE DIVISION

AMERICAN GUARANTEE & LIABILITY
INSURANCE COMPANY and
ZURICH AMERICAN INSURANCE COMPANY,

    Plaintiffs,

v.                                       Case No. 3:04-cv-123-J-20TEM

AMERICAN HOME ASSURANCE COMPANY,

    Defendants, Counterclaim Plaintiff

v.

MOBRO MARINE, INC., ZURICH AMERICAN
INSURANCE COMPANY, and AMERICAN GUARANTEE
& LIABILITY INSURANCE COMPANY,

    Counterclaim Defendants.
_____/

## ORDER

Before the Court is a Joint Motion to Extend Time to Complete Discovery, Submit Summary Judgment Motions and for Hearing on Summary Judgment Motions (Doc. No. 162, filed September 28, 2006), to which Counterclaim Defendant Mobro Marine, Inc. does not object (see Doc. No. 163, filed October 5, 2006).

Upon due consideration, the Motion to Extend Time is **GRANTED** and it is hereby **ORDERED** that the Case Management and Scheduling Order be amended as follows:

    1.    The parties are directed to complete discovery no later than **Thursday, February 22, 2007**, one hundred fifty (150) days from the date the Court entered its Order granting

American Home's Motion for Leave to file Amended Counterclaim.

2. Motions for Summary Judgment shall be filed no later than **Monday, March 26, 2007**, the first business day, thirty (30) days after the close of discovery; and

3. The Court will set a summary judgment hearing date approximately **ninety (90) days** thereafter.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of October, 2006.

HARVEY E. SCHLESINGER
United States District Judge

cc:

Christopher J. Raistrick, Esq.
Harvey L. Jay, III, Esq.
John D. Dalton, Esq.
Joseph B. Stokes, III, Esq.
Michael R. Gregg, Esq.
Trudy E. Innes, Esq.
Stephen E. Day, Esq.
Brian M. Flaherty, Esq.
John F. MacLennan, Esq.
Tim E. Sleeth, Esq.
C. Michael Johnson, Esq.
David Clifford Reeves, Esq.
Laurie Dugoniths, Esq.
Robert B. Parrish, Esq.
Garry Randolph, Courtroom Deputy