UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2007 MAR 29 | A 11: 31

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**AMERICAN GUARANTEE &
LIABILITY INSURANCE COMPANY
and ZURICH AMERICAN
INSURANCE COMPANY,**

        **Plaintiffs,**

v.

CASE NO. 3:04-cv-123-J-20TEM

**AMERICAN HOME ASSURANCE
COMPANY,**

        **Defendant.**

_____/

## ORDER

**THIS CAUSE** is before this Court on the parties "Joint Emergency Motion to File Under Seal American Home Assurance Company's Motions for Summary Judgment Against Plaintiffs and Index of Exhibits and Certain of Plaintiff's Exhibits with Memorandum of Law" (Dkt. 188, filed on March 27, 2007). A hearing was held on the motion, and after listening to the counsel, this Court concludes the following.

It is **ORDERED**:

The parties joint motion (Dkt. 188, filed on March 27, 2007) is **GRANTED in PART**. The parties will redact or excise from the material all information they believe should be filed under seal for any reason that is not needed by this Court to resolve the underlying issue in the summary judgment motions. The remaining material, or parts thereof, whether it be proprietary, attorney-client privilege, or settlement agreements, can be filed under seal.

**DONE AND ORDERED** in Jacksonville this 29th day of March, 2007.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
David C. Reeves, Esq.
Tim E. Sleeth, Esq.
C. Michael Johnson, Esq.
Harvey L. Jay, III, Esq.
Michael P. Gregg, Esq.